UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-M-1350

FILED
JUN 1 7 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER TO UNSEAL |
| v. | ) | |
| | ) | |
| BAJRAM ASLLANI, | ) | |
| a/k/a "Bajram Aslani" | ) | |
| a/k/a "Ebu Hatab" | ) | |

Upon motion of the United States of America, and for good cause shown, the above-captioned Criminal Complaint, Affidavit in Support thereof, and the Warrant for Arrest are hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina as to the defendant.

This 17th day of June, 2010.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE